## A. JACOBSON v. BOARD OF SUPERVISORS OF TOWNSHIP OF ROSENDALE.[1]

February 4, 1910.

Nos. 16,411—(189).[2]

**Highway — Case Followed.**

A. Jacobson appealed to the district court for Watonwan county from an order of the board of supervisors of the township of Rosendale laying out a certain road. Jeremiah Crowley, Peter A. Axen and Clinton Ellsworth were permitted to intervene and contest the appeal, there being no appearance for the board of supervisors. The appeal was heard before Pfau, J., who made findings and vacated the order of the supervisors. From an order overruling the motion of the interveners for a new trial, they appealed. Affirmed.

*Seager & Seager*, for appellants.

*Hammond & Burns*, for respondent.

PER CURIAM.

This case involves the validity of the same road order which was held to be void in the case of Baldwin v. Supervisors of Township of Rosendale, supra, page 87, 124 N. W. 641, and is ruled by it.

Order affirmed.

[1] Reported in 124 N. W. 643.              [2] October, 1909, term calendar.